## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

SAMUEL AVOLA,
DOREEN AVOLA,

                              **Plaintiffs,**

-vs-                                                    **Case No.  6:08-cv-327-Orl-18DAB**

LAZY DAYS' R.V. CENTER, INC.,
MONACO COACH CORPORATION,
                              **Defendants.**

_____

### REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

    This cause came on for consideration without oral argument on the following motions filed

herein:

| MOTION: | MOTIONS TO TRANSFER VENUE TO TAMPA DIVISION (Doc. Nos. 10, 11) |
|---|---|
| FILED: | March 31, 2008 |

**THEREON it is RECOMMENDED that the motion be GRANTED.**

    Defendants Monaco Coach Corporation and Lazy Days RV Center, Inc., moved to transfer

venue from the Orlando Division to the Tampa Division (both of which are within the Middle District

of Florida) based on a forum selection clause in the contract to purchase a recreational vehicle. Doc.

No. 2 at 30. The clause reads: "Any and all actions of any kind brought by me or you relating to this

sale or the product purchased must be filed exclusively in Hillsborough County. All proceedings,

mediations, inspections, etc. relating to such an action will be conducted exclusively in this venue."

Doc. No. 2 at 30 ¶ 15. Plaintiffs, residents of Orange County, are opposed to the transfer of venue.

So Ordered
7 May 09
KENDALL SHARP
U. S. DISTRICT JUDGE