## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**SAMUEL AVOLA and DOREEN AVOLA,**

    **Plaintiffs,**

v.	Case No.  8:08-CV-883-T-30EAJ

**MONACO COACH CORPORATION and
LAZY DAYS R.V. CENTER,**

    **Defendants.**

_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Objection to Report and Recommendation of Magistrate, Motion for Exceptions, Motion for Evidentiary Hearing, and Supporting Memorandum of Law (Dkt. 18) filed May 5, 2008.  This matter was referred to the magistrate judge for a report and recommendation on April 17, 2008 (Dkt. 14). On May 7, 2008, the district court adopted Magistrate Judge David A. Baker's April 21, 2008 recommendation that it grant Defendant Monaco Coach Corporation's Motion to Transfer Venue for this case from the District's Orlando Division to its Tampa Division (Dkts. 15 and 19). See 28 U.S.C. 636(b)(1); Local Rule 6.02 (M.D. Fla. 2007); Koetting v. Thompson, 995 F.2d 36 (5th Cir. 1993). Being in accord with applicable statutes, rules, and controlling case law, the district judge's consideration of the record and adoption of the Report and Recommendation resolved the parties' dispute over the proper venue for this case without the need for further evidence. See id.

It is therefore **ORDERED** and **ADJUDGED** that the Clerk shall terminate Plaintiff's motion (Dkt. 18).

**DONE** and **ORDERED** in Tampa, Florida on May 21, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2008\08-cv-883 Objections to R&R.frm